

A CERTIFIED TRUE COPY
Roger A.G. Sharpe, Clerk
U.S. District Court
Southern District of Indiana
By: Laura Townsend, Deputy Clerk

**UNITED STATES JUDICIAL PANEL**
**on**
**MULTIDISTRICT LITIGATION**

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
May 19, 2022
Tammy H. Downs, Clerk
By: Jake Kornegay D.C.
DEP CLERK

IN RE: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND PRODUCTS
LIABILITY LITIGATION

MDL No. 2570

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO −204)**

On October 15, 2014, the Panel transferred 13 civil action(s) to the United States District Court for the Southern District of Indiana for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. See 53 F.Supp.3d 1379 (J.P.M.L. 2014). Since that time, 788 additional action(s) have been transferred to the Southern District of Indiana. With the consent of that court, all such actions have been assigned to the Honorable Richard L. Young.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Southern District of Indiana and assigned to Judge Young.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. § 1407 to the Southern District of Indiana for the reasons stated in the order of October 15, 2014, and, with the consent of that court, assigned to the Honorable Richard L. Young.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Southern District of Indiana. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7−day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is pending at this time, the stay is lifted.

May 19, 2022

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

John W. Nichols
Clerk of the Panel

IN RE: COOK MEDICAL, INC., IVC FILTERS
MARKETING, SALES PRACTICES AND PRODUCTS
LIABILITY LITIGATION                                            MDL No. 2570

## SCHEDULE CTO−204 − TAG−ALONG ACTIONS

| DIST | DIV. | C.A.NO. | CASE CAPTION | |
|------|------|---------|--------------|---|
| **ARIZONA** | | | | |
| AZ | 2 | 22−00701 | Levy v. Cook Incorporated et al | 1:22-cv-6798-RLY-TAB |
| AZ | 3 | 22−08073 | Moore v. Cook Incorporated et al | 1:22-cv-6799-RLY-TAB |
| **ARKANSAS EASTERN** | | | | |
| ARE | 3 | 22−00112 | Gray v. Cook Incorporated et al | 1:22-cv-6800-RLY-TAB |
| **MARYLAND** | | | | |
| MD | 8 | 22−01016 | Shubrooks v. Cook Incorporated et al | 1:22-cv-6801-RLY-TAB |
| **MINNESOTA** | | | | |
| MN | 0 | 22−01258 | Kinde v. Cook Incorporated et al | 1:22-cv-6802-RLY-TAB |
| **MONTANA** | | | | |
| MT | 1 | 22−00040 | Monin v. Cook Incorporated et al | 1:22-cv-6803-RLY-TAB |
| MT | 1 | 22−00041 | Propp v. Cook Incorporated et al | 1:22-cv-6804-RLY-TAB |
| **NEW MEXICO** | | | | |
| NM | 2 | 22−00314 | Moreno v. Cook Incorporated et al | 1:22-cv-6805-RLY-TAB |
| **SOUTH CAROLINA** | | | | |
| SC | 1 | 22−01447 | Oleson v. Cook Incorporated et al | 1:22-cv-6806-RLY-TAB |
| SC | 4 | 22−01423 | Rogers v. Cook Incorporated et al | 1:22-cv-6807-RLY-TAB |